**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____  Case No. _____

**MENDOZA OTERO, RAUL & GUZMAN RODRIGUEZ, NORMA IRIS** ____  Chapter **13** _____
                       Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **11/09/2010** _____  ☐ AMENDED PLAN DATED: _____
  ☑ PRE ☐ POST-CONFIRMATION                     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$_____**100.00**__ x ____**60**__ = $_____**6,000.00**__
$_____ x _____ = $_____
$_____ x _____ = $_____
$_____ x _____ = $_____
$_____ x _____ = $_____

                TOTAL: $ _____**6,000.00**__

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

        PROPOSED BASE: $ _____**6,000.00**__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____**3,000.00**__

Signed: **/s/ RAUL MENDOZA OTERO** _____
        Debtor

        **/s/ NORMA IRIS GUZMAN RODRIGUEZ** _____
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
  **BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
             ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
 # _____  # _____  # _____
 $ _____  $ _____  $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**\*Or as otherwise specified on proof of claim.**
**Late filed claims filed by creditors will receive no distribution.**
**"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.**
**Debtor reserves the right to object claims after plan confirmation.**

---

Attorney for Debtor **R. Figueroa Carrasquillo Law Office** _____  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only